IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NEAL FLOWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-21-637-C |
| ) | |
| KEN MOORE, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Amanda Maxfield Green on May 3, 2022. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 23) of the Magistrate Judge is adopted and the complaint is dismissed for failure to state a claim cognizable under 42 U.S.C. § 1983. Plaintiff's Motion for Open Records and Discovery (Dkt. No. 7) and Motion for Freedom of Information Act (Dkt. No. 15) are denied as moot.

IT IS SO ORDERED this 20th day of July 2022.

ROBIN J. CAUTHRON
United States District Judge