IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NEAL FLOWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-21-637-C |
| ) | |
| KEN MOORE, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Upon consideration of the civil rights Complaint filed herein, the Report and Recommendation of the Magistrate Judge, and the Court's accompanying Order filed this date,

IT IS ORDERED, ADJUDGED, AND DECREED that the Complaint be and the same is hereby dismissed.

DATED this 20th day of July 2022.

ROBIN J. CAUTHRON
United States District Judge